NOTICE OF DEPOSITION OF A PARTY:
PERSONS MOST KNOWLEDGEABLE (FED.R.CIV.P.30(B)(6))


FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 2 6 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GWENDOLYN MORGAN,** | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | FILE NO.: 1:07-CV-00502-BBM |
| | : | |
| vs. | : | NOTICE OF TAKING |
| | : | DEPOSITION PURSUANT |
| **PACIFIC SPECIALTY INSURANCE COMPANY,** | : | TO FED.R.CIV.P.30(b)(6) |
| | : | |
| Defendant. | : | |
| _____ | : | |

To each party and their attorney of record in this case:

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiff Gwendolyn Morgan requires the Defendant Pacific Specialty Insurance Company to produce a corporate designee or designees who shall be prepared to testify regarding the following subject:

1. The falsity and material misrepresentation by the above-stated plaintiff, that is, the subject matter will pertain to the issue as to whether there was a substantial risk to the defendant insurance company. The Plaintiff desires to take the deposition to be used for the purpose of cross-examination and to be used as evidence in the above-stated case. Pursuant to the Federal Rules of Civil Procedure the Plaintiff desires to take the deposition by telephone, since more than likely, the designee may be a resident of California

Dated: July 26, 2007

Charles E. Muskett
Attorney for Plaintiff
State Bar No.: 532800

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GWENDOLYN MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE NO.1:07-CV-00502-BBM |
| PACIFIC SPECIALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

This is to certify that the foregoing **NOTICE OF TAKING DEPOSITION PURSUANT TO FED.R.CIV.P.30(b)(6)** was filed with the Court, and that the below-listed counsel will be served by depositing a true and correct copy of the documents described above with all referenced attachments in the United States mail, first class, addressed to counsel of record as follows:

> Chad Jacobs
> Drew Eckl & Farnham, LLP
> 880 W. Peachtree Street
> Atlanta, Georgia 30309

This 26th day of July, 2007.

s/Charles E. Muskett
Charles E. Muskett
State Bar No.: 532800

1103 Cleveland Avenue
East Point, Georgia 30344
Telephone: (404) 766-7109