FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NOV 20 2007

JAMES N. HATTEN, CLERK
By:
Deputy Clerk

| | |
|---|---|
| GWENDOLYN MORGAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 1:07-CV-0502-BBM |
| PACIFIC SPECIALTY INSURANCE COMPANY, | ) |
| Defendant. | ) |

## AFFIDAVIT OF JEFF OWEN

Personally appeared before the undersigned officer, duly authorized to administer oaths in California, Jeff Owen, who, having been sworn, deposes and states the following:

1.

My name is Jeff Owen. I am over 18 years old, and I am competent to testify to the matters stated in this affidavit.

2.

I am employed as senior counsel for Pacific Specialty Insurance Company ("PSIC").

3.

This testimony is based on my own personal knowledge. As senior counsel for PSIC, I have access to and am familiar with PSIC's claims files, litigation files, and underwriting files for PSIC's insureds. In that regard, I have access to and am

personally familiar with the claims file, litigation file, and underwriting file for Plaintiff Gwendolyn Morgan ("Plaintiff").

4.

These records are regularly maintained in the ordinary course of PSIC's business, it is PSIC's customary practice to maintain such records, and the entries in each file are made at or about the time the transactions occur or communications are generated or received by PSIC. Specifically, the records attached hereto as Exhibits A-D and described in greater detail below, are regularly maintained in the ordinary course of PSIC's business, it is PSIC's customary practice to maintain such records, and these records were made at or about the time the transactions occurred or the communications were generated or received by PSIC.

5.

This affidavit is executed for the purpose of authenticating certain business records in PSIC's custody and which have been provided to Plaintiff. [Doc. 30].

6.

On October 9, 2006, Sydnie Bauer, a former employee of PSIC, obtained a recorded statement from Plaintiff following Plaintiff's October 7, 2006 fire loss. A copy of the transcript of Plaintiff's recorded statement is attached hereto as Exhibit A and incorporated herein by reference in its entirety.

7.

During its investigation of Plaintiff's fire loss, PSIC issued three checks to Plaintiff to cover Plaintiff's living expenses. These checks are described as follows:

| | |
|---|---|
| Check dated October 9, 2006 | - $500.00 |
| Check dated November 13, 2006 | - $191.79 |
| Check dated December 1, 2006 | - $570.05 |

Copies of these checks are attached hereto as Exhibit B and incorporated herein by reference in their entirety.

8.

As part of its investigation following Plaintiff's fire loss, PSIC retained Owen Claim Services, Inc. to inspect Plaintiff's residence. During Owen Claim Services, Inc.'s inspection, the inspector discovered that Plaintiff's residence had fuses rather than circuit breakers. A copy of the inspection report is attached hereto as Exhibit C and incorporated herein by reference in its entirety.

9.

Following its investigation, PSIC rescinded Plaintiff's insurance policy on December 6, 2006, based upon a misrepresentation of material fact. A copy of PSIC's rescission letter is attached hereto as Exhibit D and incorporated herein by reference in its entirety.

10.

After it rescinded Plaintiff's insurance policy, PSIC refunded Plaintiff's premium payments of $505.00 by check dated December 11, 2006 and sent to Plaintiff. Furthermore, this check remains outstanding as of this date.

FURTHER AFFIANT SAYETH NOT.

_____
Jeff Owen
Senior Counsel
Pacific Specialty Insurance Company
1601 Haven Avenue
Menlo Park, California 94025-1033
Telephone: (650) 780-4800

Sworn and subscribed before me this
3rd day of October, 2007.

_____
Notary Public
1858631/1
5606-66419

ROBERT K. LARGE
Comm # 1565502
NOTARY PUBLIC CALIFORNIA
San Mateo County
My Comm. Exp. Apr. 28, 2009