IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GWENDOLYN MORGAN,** | : | |
| **Plaintiff,** | : | |
| vs. | : | CIVIL ACTION<br>FILE NUMBER 1:07-CV-00502-BBM |
| **PACIFIC SPECIALTY INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | | |
| _____ | : | |

## PLAINTIFF'S NOTICE OF FILING

**COMES NOW** the Plaintiff, Gwendolyn, Morgan, by and through her counsel and hereby files the following original depositions with this Court pursuant to Local Rule 56.1©.

1. Deposition of Victor Winfrey and all attached exhibits;

2. Deposition of Tameca Hilliard and all attached exhibits;

3. Deposition of Markese Murry and all attached exhibits; and

4. Deposition of Jeff Owen and all attached exhibits.

Respectfully submitted,

`

 /s/ **Charles E. Muskett**
Georgia State Bar No.: 532800

1103 Cleveland Avenue
East Point, Georgia 30344
Telephone: (404) 766-7109


**In accordance with L.R. 7.1(D), Counsel hereby certifies that this document has been prepared in font and style as approved by L.R. 5.1(B).**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **GWENDOLYN MORGAN,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| vs. | ) | |
| | ) | **FILE NO. 1:07-CV-00502-BBM** |
| **PACIFIC SPECIALTY INSURANCE** | ) | |
| **COMPANY,** | ) | |
| | ) | |
|    **Defendant.** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2007, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF FILING** with the Clerk of Court using this Court's CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record, and by depositing a copy of this pleading in the United States Mail with sufficient postage thereon to ensure delivery addressed to the following attorney of record:

> **Chad Jacobs, Esq.**
> **Drew Eckl & Farnham, LLP**
> **880 W. Peachtree Street**
> **Atlanta, Georgia 30309**

This 6th day of December, 2007.

                                                  /s/  Charles E. Musket_____t
                                                State Bar No.: 532800

1103 Cleveland Avenue
East Point, Georgia 30344
Telephone: (404) 766-7109