IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
DEC 06 2007
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

GWENDOLYN MORGAN,

    Plaintiff(s),

**ORIGINAL**

-vs-

No. 1:07CV00502-BBM

PACIFIC SPECIALTY INSURANCE
COMPANY,

    Defendant(s).

---

DEPOSITION OF JEFF OWEN

DATE:             August 13, 2007

TIME:             10:34 a.m.

LOCATION:         Pacific Specialty Insurance
                  Company
                  3601 Haven Avenue
                  Menlo Park, CA  94025

REPORTED BY:      Shirley Ann Reynolds
                  Certified Shorthand Reporter
                  License Number C-1782, RPR



PULONE & STROMBERG, INC.
CERTIFIED SHORTHAND REPORTING
AND VIDEOCONFERENCING SERVICES
— Serving the Legal Community Since 1978 —

Offices in San Jose and Santa Cruz
Conference rooms throughout Northern California
1-800-200-1252
depos@pulone.com • www.pulone.com